

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Juan Rangel DEFENDANT(S). | CASE NUMBER 08Mj 1938 |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Aug 15_, _2008_, at _1:00_ ☐a.m. / ☒p.m. before the Honorable _Eick_, in Courtroom _34_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _8/11/08_     _____
U.S. District Judge/Magistrate Judge